JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARTEAGA,<br><br>        Petitioner,<br><br>  v.<br><br>KEN CLARK, Warden,<br><br>        Respondent. | Case No. 2:19-cv-07226-ODW-AFM<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of CARLOS ARTEAGA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 24, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE